**Dismissed and Memorandum Opinion filed January 10, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00997-CV

---

## IN THE INTEREST OF M.R., A CHILD

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-04856J**

---

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order signed October 25, 2018. The October 25, 2018 order is not a final appealable judgment because it does not dispose of the parties or claims. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies.

*Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).

On December 10, 2018, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before December 21, 2018. *See* Tex. R. App. P. 42.3(a). Appellant did not file a response.

We dismiss the appeal for lack of appellate jurisdiction.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.